# EXHIBIT 3

# STATE OF OKLAHOMA

## Oklahoma State Department of Health

This is to Certify that

**Prague Healthcare Authority**

Is Hereby Licensed to Conduct and Maintain a

**Critical Access Hospital**

Under the Name of

**Prague Regional Memorial Hospital**

Located at

1322 Klabzuba Avenue
Prague, OK    74864

Licensed Beds:    25                          Effective Date: 02/15/2019

                                              Expiration Date: 02/14/2020

This license is issued pursuant to the provisions of the Oklahoma Statutes and of the rules and regulations adopted by the State Board of Health. It is issued only for the premises named above and is not transferable or assignable.

License No. 2164

_____                        Tom Bates
Licensure Official                             Interim Commissioner of Health

**THIS LICENSE MUST BE POSTED IN A CONSPICUOUS PLACE**