# EXHIBIT 4

# STATE OF OKLAHOMA

Oklahoma State Department of Health

This is to Certify that

CAH Acquisition Company 7 LLC

Is Hereby Licensed to Conduct and Maintain a

Critical Access Hospital

Under the Name of

Prague Community Hospital

Located at

1322 Klabzuba Avenue
Prague, OK   74864

**Licensed Beds:**   25

**Effective Date:** 03/29/2018

**Expiration Date:** 03/28/2019

This license is issued pursuant to the provisions of the Oklahoma Statutes and of the rules and regulations adopted by the State Board of Health. It is issued only for the premises named above **and** is not transferable or assignable.

License No. 2164

_____
Licensure Official

Brian Downs
Acting Commissioner

THIS LICENSE MUST BE POSTED IN A CONSPICUOUS PLACE

# STATE OF OKLAHOMA
## OKLAHOMA STATE DEPARTMENT OF HEALTH

### CLASSIFICATION OF HOSPITAL EMERGENCY SERVICES

Prague Community Hospital

1322 Klabzuba Avenue

Prague, OK    74864

Effective Date

03/19/2009

Has been found to meet the criteria for classification specified at OAC 310:667-59 as follows:

| Emergency Service | Level of Service |
|---|---|
| Trauma and Emergency Operative Services | IV |
| Emergency Cardiology Services | III |
| Emergency Pediatric Medicine and Trauma Services | IV |
| Emergency Dental Services | III |
| Emergency Obstetrics and Gynecologic Services | IV |
| Emergency Ophthalmology Services | III |
| Emergency Neurology Services | III |
| Emergency Psychiatric Services | III |
| Emergency General Medicine Services | IV |
| Emergency Stroke Services | IV |

License No. 2164

_____
Licensure Official

Brian Downs
Acting Commissoner