## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CITY OF PRAGUE, OKLAHOMA et al.,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Case No. CIV-19-89-G |
| **CAH ACQUISITION COMPANY 7, LLC, et al.,** | ) ) ) ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

On March 4, 2019, Cohesive Healthcare Management + Consulting, LLC ("Cohesive") was appointed as receiver on an interim basis over Defendant CAH Acquisition Company 7, LLC, its assets, and the personal property upon and within the Prague Community Hospital. *See* Doc. No. 47. On March 8, 2019, the Court found that the continued appointment of Cohesive as receiver was warranted and that Cohesive shall serve as receiver until further order of the Court. *See* Doc. No. 51. Cohesive subsequently filed an oath signed by its founder and posted a receiver's bond in the amount of $50,000. *See* Doc. Nos. 53, 57.

As part of its duties as receiver, the Court ordered that Cohesive must file a status report with the Court on May 1, 2019, and thereafter on a bimonthly basis. *See* Doc. No. 51, at 10. When Cohesive failed to file its first report, the Court sua sponte extended its time to do so and ordered that the first such report be filed "no later than June 1, 2019." Doc. No. 72, at 1. The docket reflects that counsel for Cohesive received this order via

ECF but that no status report or other response has been filed as of this date. Nor has Cohesive submitted any request to be excused from this requirement.

Accordingly, Plaintiffs and Cohesive are directed to show cause in writing, no later than June 20, 2019, as to why the receivership should not be terminated.

IT IS SO ORDERED this 6th day of June, 2019.

*/s/ Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge