UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CITY OF PRAGUE, OKLAHOMA et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. CIV-19-89-G |
| CAH ACQUISITION COMPANY 7, LLC, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

The Court is in receipt of Plaintiffs' Notice of Civil Contempt Damages (Doc. No. 75), filed on June 10, 2019. Any party or participant to this proceeding who wishes to reply to this Notice shall do so in writing no later than July 5, 2019.

IT IS SO ORDERED this 13th day of June, 2019.

_Charles B. Goodwin_
CHARLES B. GOODWIN
United States District Judge